*Sears, Harry Weiss,* Rhode Island Legal Services, Inc., for plaintiff-respondent. *Martin Malinou,* for defendant-petitioner.

M. P. No. 77-324. ROBERT E. DANA *v.* EUGENE P. PETIT, JR. The petition for stay is granted. *Aram Berberian,* for petitioner. *Stephen F. Mullen,* Chief Legal Counsel, Office of Special Counsel, Office of Attorney General, for respondent.

M. P. No. 77-414. NORMAN J. JACQUES *v.* JOHN J. McLAUGHLIN. The petition for certiorari is denied. *Martin Malinou,* for plaintiff-respondent. *Abedon & Visconti, Ltd., Girard R. Visconti,* for defendant-petitioner.

M. P. No. 77-419. G.H. WATERMAN & CO., INC. *v.* JOHN H. NORBERG, *Tax Administrator.* The petition for certiorari is granted and the writ shall issue forthwith. *Salter, McGowan, Arcaro & Swartz, Incorporated, James R. McGowan,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Assistant Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

M. P. No. 77-424. R.I. MARINE SERVICES, INC. *v.* AMERICAN TITLE INSURANCE COMPANY. The petition for certiorari is denied. *Bradford Gorham,* for plaintiff-respondent. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria, John C. Peterson,* for defendant-petitioner.

M. P. No. 77-439. STATE OF RHODE ISLAND *v.* ROBERT C. GIORGI. This case comes before us on a rule 9 motion for release pending appeal. For that reason we do not review the action of the trial justice, but rather hear the motion *de novo.*

In this case the defendant is appealing from a denial of a motion to reduce sentence. His original appeal has been heard and denied. *State* v. *Giorgi,* 115 R.I. 1, 339 A.2d 268 (1975). His request in this case is in the nature of a request